United States District Court
Southern District of Texas
**ENTERED**
October 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| QUIRINO TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-140 |
| | § | |
| ALL DISTRICT COURT JUDGES OF | § | |
| 156TH BEE COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 11). The M&R recommends that the Court retain the case and dismiss certain claims. *Id.*

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 11).

1 / 2

Accordingly, the Court ORDERS the following:

(1) The Court **RETAINS** the claims against **Kimberly Clark and Zenaida Silva** in their individual capacities.

(2) The Court **DIMISSES with prejudice** Plaintiff's claims against all Defendants in their official capacities.

(3) Plaintiff's claims related to his request for habeas corpus relief are **DIMISSED without prejudice**; Plaintiff may file a 28 U.S.C. § 2241 habeas petition after properly exhausting available state remedies.

(4) Plaintiff's remaining claims against the remaining Defendants are **DIMISSED with prejudice** as frivolous and/or failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
October 20th, 2021